*Delores D. Stewart,* pro se, in support of the petition.

Decided June 19, 2000

## NINTH RMA PARTNERS, L.P. *v.* BARRETT L. KRASS ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 57 Conn. App. 1 (AC 18106), is denied.

SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Kerry M. Wisser* and *Nathan A. Schatz,* in support of the petition.

*Richard M. Levy*, in opposition.

Decided June 19, 2000